GOODWIN et al. v. COE, Commissioner of Patents.

No. 8295.

United States Court of Appeals for the District of Columbia.

Argued Oct. 7, 1943.

Decided Nov. 1, 1943.

Mr. H. Frank Wiegand, of New York City, with whom Messrs. Nathaniel L. Leek, of New York City, and Robert C. Watson, of Washington, D.C., were on the brief, for appellants.

Mr. W. W. Cochran, of Washington, D. C., Solicitor, United States Patent Office, for appellee.

Before GRONER, Chief Justice, and MILLER and EDGERTON, Associate Justices.

PER CURIAM.

This is a suit under R.S. § 4915, 35 U.S. C.A. § 63, to obtain a patent on a snap-on cover for a container. In our opinion the finding of the trial court that the claims do not show invention over the prior art is consistent with the evidence. The judgment dismissing the complaint is therefore affirmed. Abbott v. Coe, 71 App.D.C. 195, 109 F.2d 449.